

# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: *bcafaro@cafaroesq.com*

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: *akumar@cafaroesq.com*

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: *lleon@cafaroesq.com*

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**APPLICATION GRANTED**
**SO ORDERED** _[signature]_
**VERNON S. BRODERICK**
**U.S.D.J.** 2/22/2019

<u>Via ECF</u>
Hon. Vernon S. Broderick, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square, Courtroom 51B
New York, NY 10007-1312

Hon. Debra C. Freeman, U.S.M.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, NY 10007-1312

        Re:    Ovalles Acosta v. Prudent Management, LLC
              Case No.: 17-cv-07590 (VSB)

Your Honors:

      This office represents the Plaintiff in the above referenced FLSA and NYLL action. We write, jointly with the Defendants, to inform the Courts that the parties have reached a settlement in principal in the above referenced matter. As such, it is requested that all pending deadlines be adjourned, *sine die*. It is further requested that the Court set a date of March 25, 2019 for the Parties to submit a request for a fairness finding pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d. 199 (2d Cir. 2015).

                                          Respectfully submitted,
                                          LAW OFFICES OF WILLIAM CAFARO

                                          _[signature]_
                                          _____
                                          By Amit Kumar (AK 0822)
                                          *Attorneys for Plaintiff*
                                          108 West 39th Street, Suite 602
                                          New York, New York 10018

(212) 583-7400
AKumar@CafaoroEsq.Com

CC:
All Defense counsel (via ECF)