Ovalles Acosta v. Prudent Management, LLC

### Min Wage Claim:

| Start | End | Hrs/Wk | $/Wk | RRP | Min Rate | Diff | Regular Hrs | # Weeks | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2/27/2014 | 10/3/2014 | 60 | $ 200.00 | $ 3.33 | $ 7.25 | $ 3.92 | 40 | 9 | $ 1,410.00 |
| 10/4/2014 | 12/31/2014 | 60 | $ 200.00 | $ 3.33 | $ 7.25 | $ 3.92 | 40 | 12 | $ 1,880.00 |
| 1/1/2015 | 12/31/2015 | 60 | $ 200.00 | $ 3.33 | $ 8.00 | $ 4.67 | 40 | 52 | $ 9,706.67 |
| 1/1/2016 | 12/31/2016 | 60 | $ 200.00 | $ 3.33 | $ 8.75 | $ 5.42 | 40 | 52 | $ 11,266.67 |
| 1/1/2017 | 4/28/2017 | 60 | $ 200.00 | $ 3.33 | $ 10.50 | $ 7.17 | 40 | 69 | $ 19,780.00 |
| 4/29/2017 | 6/1/2017 | 60 | $ 300.00 | $ 5.00 | $ 10.50 | $ 5.50 | 40 | 4 | $ 880.00 |
| 6/2/2017 | 12/31/2017 | 60 | $ 300.00 | $ 5.00 | $ 10.50 | $ 5.50 | 40 | 30 | $ 6,600.00 |
| 1/1/2018 | 4/29/2018 | 60 | $ 300.00 | $ 5.00 | $ 12.00 | $ 7.00 | 40 | 16 | $ 4,480.00 |

### Overtime Wage Claim

| Start | End | Hrs/Wk | $/Wk | RRP | OT Rate | Diff | OT Hrs | # Weeks | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2/27/2014 | 10/3/2014 | 60 | $ 200.00 | $ 3.33 | $ 10.88 | $ 7.54 | 20 | 9 | $ 1,357.50 |
| 10/4/2014 | 12/31/2014 | 60 | $ 200.00 | $ 3.33 | $ 10.88 | $ 7.54 | 20 | 12 | $ 1,810.00 |
| 1/1/2015 | 12/31/2015 | 60 | $ 200.00 | $ 3.33 | $ 12.00 | $ 8.67 | 20 | 52 | $ 9,013.33 |
| 1/1/2016 | 12/31/2016 | 60 | $ 200.00 | $ 3.33 | $ 13.13 | $ 9.79 | 20 | 52 | $ 10,183.33 |
| 1/1/2017 | 4/28/2017 | 60 | $ 200.00 | $ 3.33 | $ 15.75 | $ 12.42 | 20 | 69 | $ 17,135.00 |
| 4/29/2017 | 6/1/2017 | 60 | $ 300.00 | $ 5.00 | $ 15.75 | $ 10.75 | 20 | 4 | $ 860.00 |
| 6/2/2017 | 12/31/2017 | 60 | $ 300.00 | $ 5.00 | $ 15.75 | $ 10.75 | 20 | 30 | $ 6,450.00 |
| 1/1/2018 | 4/29/2018 | 60 | $ 300.00 | $ 5.00 | $ 18.00 | $ 13.00 | 20 | 16 | $ 4,160.00 |

| | |
|---|---|
| Total | $ 106,972.50 |
| Settlement Amount | $ 60,000.00 |
| Settlement % | 56.1% |