| Date | Attorney | Description | Time |
|---|---|---|---|
| 10/4/2017 | Amit_Kumar | Review investiation by ND and draft complaint | 1.8 |
| 11/1/2017 | Amit_Kumar | Review Answer w/ Affirm Def and mark complaint | 0.9 |
| 12/14/2017 | Amit_Kumar | phonecon with def counsel. he asked that i send an em with the limited discovery I want for settlement purposes | 0.1 |
| 12/14/2017 | Amit_Kumar | Review order and marked pleading to prep for phonecon w/ def counsel | 0.2 |
| 12/14/2017 | Amit_Kumar | Draft em to def counsel listing requested limited discovery | 0.1 |
| 1/3/2018 | Amit_Kumar | Concall with court and AS re scheduling settlement conference | 0.1 |
| 1/9/2018 | Amit_Kumar | Joint call w/ chambers and opp counsel. Joint call on 2/1 at 1230p. Tentative date for settlement conference 2/20 at 2PM | 0.2 |
| 2/1/2018 | Amit_Kumar | Review file, draft joint letter and CMSO | 0.9 |
| 2/1/2018 | Amit_Kumar | Joint phone call with MJ to discuss possible early settlement of aciton | 0.4 |
| 2/2/2018 | Amit_Kumar | Review file and damage calculations. Draft em with demand | 0.7 |
| 2/14/2018 | Amit_Kumar | phone cal lwith def counsel re vm from plaintiff re defs counsel talking to pltf without me being there | 0.3 |
| 2/16/2018 | Amit_Kumar | Travel to SDNY while revewing file for initial conference, initial conf before DJ, travel back to office. Proposed CSMO so-ordered. We spoke of a possible amendment to the plaintiffs complaint to add retaliation. | 1.2 |
| 2/19/2018 | Amit_Kumar | Review calendar, and leave vm for AS and followup em | 0.1 |
| 2/20/2018 | Amit_Kumar | Call Peter DeCarlo, the person who asked Pl re his hours/wages and left VM. Asked for a callback. | 0.1 |
| 2/22/2018 | Amit_Kumar | LEave VM for investigator peter dicarlo | 0.1 |
| 2/23/2018 | Amit_Kumar | Call Peter D and leave VM to request call back | 0.1 |
| 2/23/2018 | Amit_Kumar | Presenttlement discussion with defense counsel and court. No offer yet. Defendants to get back to plaintiffs wiht an offer in 2 weeks | 0.3 |
| 2/26/2018 | Amit_Kumar | Review em message and draft em to Global indemnity to request the audio file of the itnerview of the client | 0.6 |
| 2/27/2018 | Amit_Kumar | Begin draftinign letter regarding legal issue regarding whether defs can take setoff from illegal apt | 1.4 |

| Date | Attorney | Description | Time |
|---|---|---|---|
| 2/28/2018 | Amit_Kumar | Research and draft letter to AS re illegal apt issue | 1.1 |
| 2/28/2018 | Amit_Kumar | Review audio file from insurance company. send email to global indemnity and claims adjuster | 0.9 |
| 2/28/2018 | Amit_Kumar | Draft letter to attorney on slip and fall case requesting that she stay away from the plaintiff | 0.7 |
| 2/28/2018 | Amit_Kumar | draft initial disclosures and discovery demands. | 2.6 |
| 3/1/2018 | Amit_Kumar | Draft cover letter for disc demands and initial disc | 0.1 |
| 3/1/2018 | Amit_Kumar | Review em and letter from AS and respond | 0.1 |
| 3/23/2018 | Amit_Kumar | conf with LL re meeting conf with MJ and AS, draft letter and send to def counsel | 1.6 |
| 3/27/2018 | Amit_Kumar | Conf with client with ND acting as translator | 1.3 |
| 3/28/2018 | Amit_Kumar | EM sent to ins investigator and ins company abt defs demand for interview with client | 0.3 |
| 3/28/2018 | Amit_Kumar | Review file and notes and draft responses to rogs | 1.3 |
| 3/29/2018 | Amit_Kumar | complete first draft of responses to defs doc demands | 2.6 |
| 3/30/2018 | Amit_Kumar | Begin review of Defs resp to plaintiffs RFAs | 0.2 |
| 4/3/2018 | Amit_Kumar | Begin drafting discovery letter to Defs | 1.3 |
| 4/4/2018 | Amit_Kumar | Continue to review disc responses and resp | 1.7 |
| 4/5/2018 | Amit_Kumar | Finish first draft of discovery deficieicny letter | 1.1 |
| 4/18/2018 | Amit_Kumar | Review em from AS and respond | 0.1 |
| 4/24/2018 | Amit_Kumar | Meet and confer with AS re disc resp | 0.1 |
| 4/24/2018 | Amit_Kumar | Conf call with AS and MJ | 0.3 |
| 4/24/2018 | Amit_Kumar | review notes before concall with MJ | 0.6 |
| 4/27/2018 | Amit_Kumar | Draft and file request and order to bring electronic devices to settlement conference | 0.4 |
| 4/27/2018 | Amit_Kumar | Conf with client re his new schedule | 1.3 |
| 4/27/2018 | Amit_Kumar | Review file and begin drafting settlement letter for the Court | 4.2 |
| 5/2/2018 | Amit_Kumar | Draft em to AS re issues with new sign in/out procedure ask for guidance to give to client | 0.2 |
| 5/2/2018 | Amit_Kumar | Continue drafting settlement correspondence for court | 2.1 |
| 5/4/2018 | Amit_Kumar | Client meeting before mediation and final review and edit of settlement submission | 2.6 |

| Date | Attorney | Description | Time |
|---|---|---|---|
| 5/9/2018 | Amit_Kumar | meet with client and go to mediation. Mediate case before MJ Freeman, MJ made settlement proposal, $112.5k paid in a lump sum, pltf to leave the place in a reasonable time after he gets the $$ | 6.9 |
| 5/11/2018 | Amit_Kumar | Meet with client re settlement and review closing statement | 0.9 |
| 5/11/2018 | Amit_Kumar | Draft closing statement | 0.9 |
| 5/11/2018 | Amit_Kumar | call MJ Freeman chambers to accept her settlement proposal | 0.1 |
| 5/16/2018 | Amit_Kumar | concall with chambers. NO DEAL | 0.1 |
| 5/16/2018 | Amit_Kumar | Send em to AS requesting phone conf for meet and confer | 0.1 |
| 5/22/2018 | Amit_Kumar | Review discovery letters and meet and confer with AS re discovery issues. Defs refuse to produce docs concerning defs tax returns | 0.4 |
| 5/23/2018 | Amit_Kumar | research and draft joint letter | 2.3 |
| 5/24/2018 | Amit_Kumar | Continue researching and drafting motion to compel | 3.4 |
| 5/25/2018 | Amit_Kumar | Contineu drafting motion to compel | 0.8 |
| 5/28/2018 | Amit_Kumar | Review and edits joint letter to send to def counsel tomorrow | 0.9 |
| 5/29/2018 | Amit_Kumar | Final review of motion letter and em to AS | 0.4 |
| 5/30/2018 | Amit_Kumar | concall with AS defs offered 7500 to settle the case | 0.1 |
| 6/1/2018 | Amit_Kumar | Review em from AS and respond | 0.1 |
| 6/6/2018 | Amit_Kumar | Send em to AS, review DJ Rules, edit letter, prepare to file | 0.6 |
| 6/6/2018 | Amit_Kumar | concall with AS review em from AS, and file letter motion to compel | 0.2 |
| 6/13/2018 | Amit_Kumar | concall with AS he is being replaced by Stu Weinberger. They are requesting a 9 day exrension to complete disc, hich I consented to and want time to respond to disc motion. Abt time to respond I told him to have SW call me to work it out. Defs also offered 25k to shut the case down | 0.1 |
| 6/14/2018 | Amit_Kumar | concall with SW re case, procedural history, etc | 0.3 |
| 6/14/2018 | Amit_Kumar | Call SW and leave VM | 0.1 |
| 6/18/2018 | Amit_Kumar | Review order and send em to ASl and SW. | 0.1 |
| 6/22/2018 | Amit_Kumar | Review em from def counsel and respond | 0.1 |
| 6/26/2018 | Amit_Kumar | send em to SW asking for update on case. | 0.1 |

| Date | Attorney | Description | Time |
|---|---|---|---|
| 6/26/2018 | Amit_Kumar | concall with SW re case. he is putting in his NOA today. should get the file tonight from AS. Will talk to me tomrrow re case | 0.1 |
| 6/29/2018 | Amit_Kumar | concall with SW re case. He sitill doesnt have the file. Asked permission to amend the complaint to change the name of the doe defs. he doesnt have the file so cant give me an answer | 0.2 |
| 7/3/2018 | Amit_Kumar | conf with client re case; new time sheet from the defs; prospects of settlement; tell client re new def attorney and pending disc motions. ND Translating | 1.3 |
| 7/3/2018 | Amit_Kumar | Check Dept of Sanitaiton website to see if they keep track of summonses | 0.6 |
| 7/3/2018 | Amit_Kumar | Draft second set of discovery demands to be sent out next month | 1.3 |
| 7/3/2018 | Amit_Kumar | Draft First Amended Complaint in redline | 0.6 |
| 7/6/2018 | Amit_Kumar | Send em to def counsel re lack of response | 0.1 |
| 7/10/2018 | Amit_Kumar | Concall w/ SW re disc motion. He will get back to me abt it tomorrow | 0.1 |
| 7/13/2018 | Amit_Kumar | call SW no answer, followup wiht em | 0.1 |
| 7/13/2018 | Amit_Kumar | concall with SW re case and possible settlement. He says he has more witnesses who say the client didnt work as many hours as he says he did. | 0.4 |
| 7/13/2018 | Amit_Kumar | Draft and file letter to court re date on which Defendants will file opp to motion to compel | 0.3 |
| 7/18/2018 | Amit_Kumar | Review SW re conf tomorrow, say he has my consent to adjourn the conference tomorrow since we still have time on the disc sch; receive call from SW to discuss em; try calling chambers (dont leave VM); review draft letter from SW and em approval of same | 0.4 |
| 7/20/2018 | Amit_Kumar | Concall with SW re disc motion | 0.1 |
| 7/24/2018 | Amit_Kumar | Review opp from def counsel | 0.1 |
| 8/1/2018 | Amit_Kumar | Review file and draft em to SW re amending complaint | 0.2 |
| 8/2/2018 | Amit_Kumar | Review cover letter for PS and edit | 0.1 |
| 8/3/2018 | Amit_Kumar | Final review of 2d set of disc requests and send to def counsel | 0.4 |

| Date | Attorney | Description | Time |
|---|---|---|---|
| 8/14/2018 | Amit_Kumar | Draft and file status report in case | 0.2 |
| 8/15/2018 | Amit_Kumar | begin researching and draftin motion to amend complaint | 1.9 |
| 8/16/2018 | Amit_Kumar | review file, concall with def counsle, call court for phone conference | 0.3 |
| 8/17/2018 | Amit_Kumar | Contineu drafting memlaw in support of motion | 1.2 |
| 8/24/2018 | Amit_Kumar | r/r ems re when we will get outstanding verifications for interrogatories. | 0.1 |
| 8/24/2018 | Amit_Kumar | Concall wiht LG and draft stipulation allowing Pl to amend the pleading | 0.6 |
| 9/3/2018 | Amit_Kumar | Em LG re lack of verifications and the stipulation, review LG response and respond | 0.2 |
| 9/4/2018 | Amit_Kumar | review em from LG, make edits to stip, send to LG for review and request a meet and confer for tomorrow regarding certificaitons. | 0.3 |
| 9/18/2018 | Amit_Kumar | Draft em and review response from LG | 0.1 |
| 9/19/2018 | Amit_Kumar | concall with LG re stip and meet and confer | 0.3 |
| 9/19/2018 | Amit_Kumar | Draft followup em. Send to LG. See em for details | 0.2 |
| 9/19/2018 | Amit_Kumar | Second talk with LG re case. He wants to extend dsicovery in the stip.hes going to add lang tomorrow. | 0.6 |
| 9/20/2018 | Amit_Kumar | concall with def counsel re stip | 0.1 |
| 10/9/2018 | Amit_Kumar | View file and send em requesting responses to 2d round of disc requests | 0.2 |
| 10/9/2018 | Amit_Kumar | send em re adjournemnt request, get ok from def counsel, review ind rules of practice from DJ, draft letter to court | 0.3 |
| 11/27/2018 | Amit_Kumar | LEave VM and send em to LG re discovery responses | 0.1 |
| 12/10/2018 | Amit_Kumar | Draft letter motion to compel | 0.9 |
| 12/11/2018 | Amit_Kumar | Concall with LG re case. Hes going to get me docs by next week. Hes also wants to do deps in Jan. | 0.2 |
| 12/17/2018 | Amit_Kumar | concall with LG re case. he requests that we withdraw the motion. H said he would have responses to us tomorrow, but not hard copies of the docs, which would eb proved by the 21st. But wants us to withdraw the motion. | 0.1 |

| Date | Attorney | Description | Time |
|---|---|---|---|
| 12/18/2018 | Amit_Kumar | concall with def counsel; draft letter and send to LG for review and edit | 0.2 |
| 1/7/2019 | Amit_Kumar | concall with chambers, they want us to withdraw the motion to compel | 0.1 |
| 1/9/2019 | Amit_Kumar | concall with def counsel re case and scheduling depos | 0.2 |
| 1/11/2019 | Amit_Kumar | draft letter motion to withdraw motion to compel | 0.1 |
| 1/17/2019 | Amit_Kumar | concall with def counsel re dates | 0.1 |
| 1/21/2019 | Amit_Kumar | Concall with LG; confirmed that a translator was needed | 0.1 |
| 1/21/2019 | Amit_Kumar | prep client for depo with ND acting as interpreter | 3.7 |
| 1/21/2019 | Amit_Kumar | Prep for meeting wiht client - go over file and docs | 0.8 |
| 1/22/2019 | Amit_Kumar | meet with client before EBT for prep; EBT with LG and 4 defs; meet with client after EBT | 10.3 |
| 1/28/2019 | Amit_Kumar | concallw ith def counsel re case. He is getting me ddepo date stomorrow. | 0.2 |
| 1/31/2019 | Amit_Kumar | send em to LG requesting dates for EBTs again and explain that a letter will be written to teh court this afternoon. Review response he says well have dates by 11A | 0.1 |
| 1/31/2019 | Amit_Kumar | Review em and draft letter requesting ext of time to complete discovery | 0.3 |
| 2/4/2019 | Amit_Kumar | Draft and email deposition notices to def counsel and leave instructions for copies to be mailed the next day. | 0.6 |
| 2/12/2019 | Amit_Kumar | Create script for depo tomorrow | 1.9 |
| 2/13/2019 | Amit_Kumar | Review file before depo | 1.3 |
| 2/13/2019 | Amit_Kumar | Depose Def Mindick | 3.4 |
| 2/14/2019 | Amit_Kumar | draft motion to adj conf and in complaicne with Para 11 of the CMSO | 0.3 |
| 2/18/2019 | Amit_Kumar | Draft two ebt notices and email to def counsel | 0.3 |
| 2/19/2019 | Amit_Kumar | Concall with LG re case. offer of 30k made. told i could settle the case at 60, but needed the offer | 0.2 |
| 2/20/2019 | Amit_Kumar | Leave VM for def counsel; followup with email giving new demand of 60k. | 0.3 |

| Date | Attorney | Description | Time |
|---|---|---|---|
| 2/20/2019 | Amit_Kumar | concall with LG. hes going to call his client re the demand and get back | 0.1 |
| 2/20/2019 | Amit_Kumar | conf wiht client re case and settlement. Get authority to settle | 2.6 |
| 2/20/2019 | Amit_Kumar | concall w/ LG to go over pmt terms | 0.2 |
| 2/21/2019 | Amit_Kumar | several con calls with client re case, offers and settlement arrangements | 0.6 |
| 2/21/2019 | Amit_Kumar | review ems from LG send reminder re request to adjourn conf file request | 0.1 |
| 2/21/2019 | Amit_Kumar | conf call with client re case. Receive authority to settle for 60k over 6 mos | 1.3 |
| 2/28/2019 | Amit_Kumar | Review settlement agreement from def counsel and make edits based on notes from convos with def counsel | 3.1 |
| 3/4/2019 | Amit_Kumar | Concall with LG to go over some of his conceptual changes to the settlement Agreement. He will have his edits to the SA by end of day today | 0.3 |
| 3/7/2019 | Amit_Kumar | review SA, edit and send to def counsel | 1.2 |
| 3/21/2019 | Amit_Kumar | Send em to LG requesting update on case | 0.1 |
| 3/26/2019 | Amit_Kumar | Review final edits to SA and accept. Send finalized to LG | 1.8 |
| 4/2/2019 | Amit_Kumar | Conf wiht client to go over SA. ND acted as interpreter | 1.2 |
| 4/2/2019 | Amit_Kumar | Draft letter enc SA and other docs | 0.2 |
| 4/2/2019 | Amit_Kumar | Do first draft of fairness finding letter and send to def counsel for review and edit | 1.7 |
| 4/9/2019 | Amit_Kumar | Draft email requesting status of Settlement Agreement. Review response. | 0.1 |
| 4/15/2019 | Amit_Kumar | Draft email requesting status of Settlement Agreement. Review response. | 0.1 |
| 4/19/2019 | Amit_Kumar | Draft email requesting status of Settlement Agreement. Review response. | 0.1 |
| 4/24/2019 | Amit_Kumar | Draft email requesting status of Settlement Agreement. Review response. | 0.1 |
| 4/29/2019 | Amit_Kumar | Draft email requesting status of Settlement Agreement. Review response. | 0.1 |

| Date | Attorney | Description | Time |
|---|---|---|---|
| 5/2/2019 | Amit_Kumar | Draft email requesting status of Settlement Agreement. Review response. | 0.1 |
| 5/2/2019 | Amit_Kumar | Concall with LG re settlemet agreement, he emailed it to me, I have authority to file with the court | 0.2 |
| 5/2/2019 | Amit_Kumar | Final review of fairness letter, add attorney time and file | 1.3 |

| | |
|---|---|
| Total Hours | 112.8 |
| Requested Rate | $ 275.00 |
| Total Fee | $ 31,020.00 |