

# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: ablum@cafaroesq.com

*Deena L. Buchanan, Esq.*
*Of Counsel*
ADMITTED IN NM & NJ

May 19, 2020

<u>**Via ECF**</u>
Hon. Vernon S. Broderick, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square, Courtroom 51B
New York, NY 10007-1312

Re:     Ovalles Acosta v. Prudent Management, LLC
        Case No.: 17-cv-07590 (VSB)

Your Honor:

As Your Honor is aware, we represent the Plaintiff, Mr. Ovalles Acosta in the above referenced action. Currently before the Court is Plaintiff's motion for judicial approval of the Settlement Agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). Said motion has been pending since May 2, 2019. While we have repeatedly explained to our client that decisions on motions take time, we write now, on behalf of our client, to inquire as to when the parties can expect a decision on this motion to bring this matter to a conclusion.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

By William Cafaro, Esq. (WC 2730)
*Attorneys for Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
BCafaro@CafaroEsq.com

cc:
Defense Counsel (via ECF)