

| | | |
|---|---|---|
| **William Cafaro, Esq.**<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com<br><br>*Deena L. Buchanan, Esq.*<br>*Of Counsel*<br>ADMITTED IN NM & NJ |

December 1, 2020

<u>*Via ECF*</u>
Hon Vernon S. Broderick, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   12/2/2020

Re:   Ovalles Acosta v. Prudent Management et al
Case No.: 17-cv-07590

Your Honor:

This office represents Jose A. Ovalles Acosta ("Plaintiff") in the above referenced action brought pursuant to the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, jointly with the defendants, to request a short two-week extension of time to file our request for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

The Parties are still in the process of re-drafting the Settlement Agreement in this action and will need the time to have the Agreement signed by our clients. Given this, we believe a short extension of time to file the fairness from December 2, 2020 up to and including December 16, 2020 will allow the Parties to file their request for approval. This is the fourth request for an extension of time to file a request for settlement approval.

We thank the Court for its courtesy in this regard.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

_____
By:   Amit Kumar, Esq (AK 0822)

*Attorneys for Plaintiffs*
108 West 39th Street, Suite 602
New York, NY 10018
212-583-7400
Akumar@Cafaroesq.com

CC:
All Defense Counsel of record (via ECF)