

| | **LAW OFFICES OF WILLIAM CAFARO** | |
|---|---|---|
| *William Cafaro, Esq.*<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com | | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com |
| *Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>www.cafaroesq.com | *Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |
| *Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | | *Deena L. Buchanan, Esq.*<br>*Of Counsel*<br>ADMITTED IN NM & NJ |

January 7, 2021

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 1/8/2021**

<u>*Via ECF*</u>
Hon Vernon S. Broderick, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: Ovalles Acosta v. Prudent Management et al
       Case No.: 17-cv-07590

Your Honor:

  This office represents Jose A. Ovalles Acosta ("Plaintiff") in the above referenced action brought pursuant to the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, jointly with the defendants, to request a short one-week extension of time to file our request for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

  The Parties have drafted the new settlement agreement and are requesting time to have the Parties sign the document. Specifically, we are requesting an extension from today, January 7, 2021 until January 14, 2021. This is the seventh request for an extension to file this document.

  We thank the Court for its courtesy in this regard.

                Respectfully Submitted,
                LAW OFFICE OF WILLIAM CAFARO

                _____
                By: Amit Kumar, Esq (AK 0822)
                  *Attorneys for Plaintiffs*
                108 West 39th Street, Suite 602

New York, NY 10018
212-583-7400
Akumar@Cafaroesq.com

CC:
All Defense Counsel of record (via ECF)